PER CURIAM.
Affirmed. Rodriguez v. State, 436 So.2d 219 (Fla. 3d DCA 1983), pet. for review denied, 447 So.2d 888 (Fla.1984); Maisler v. State, 425 So.2d 107 (Fla. 1st DCA 1982), pet. for review denied, 434 So.2d 888 (Fla.1983); Pressley v. State, 395 So.2d 1175 (Fla. 3d DCA); pet. for review denied, 407 So.2d 1105 (Fla.1981); Hernandez v. State, 305 So.2d 211 (Fla. 3d DCA 1974), cert. denied, 315 So.2d 192 (Fla.1975); Duran v. State, 301 So.2d 486 (Fla. 3d DCA 1974); Amato v. State, 296 So.2d 609 (Fla. 3d DCA 1974).